

## NUMBER 13-15-00406-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JOHN HUBBARD, **Appellant,**

**v.**

CUE FINANCIAL GROUP, INC., AND
FOOTHILL SECURITIES, INCORPORATED, **Appellees.**

On appeal from the 105th District Court
of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Longoria
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 105th District Court of Nueces County, Texas, in cause number 2011-DCV-5694-D. This cause is presently before the Court on an agreed motion to dismiss appeal as to Cue Financial Group, Inc. and Foothill Securities, Incorporated.[1]

---

[1] This cause was severed from appellate cause number 13-15-000138-CV.

John Hubbard and appellees Cue Financial Group, Inc. ("Cue"), and Foothill Securities, Incorporated ("Foothill"), have filed an agreed motion to dismiss the portion of the appeal pertaining to Cue and Foothill pursuant to Texas Rule of Appellate Procedure 42.1. *See* TEX. R. APP. P. 42.1. According to the agreed motion, Hubbard, Cue, and Foothill have settled all matters in controversy between them and have entered into a settlement agreement. Pursuant to the settlement, appellant has agreed to dismiss his appeal against Cue and Foothill with prejudice, with all fees and costs taxed against the party incurring same. The agreed motion to dismiss is not opposed by the other parties to this appeal.

The Court, having considered the documents on file and the agreed motion to dismiss, is of the opinion that the motion should be granted. *See id.* 42.1(a). The agreed motion to dismiss Hubbard's appeal as to Cue and Foothill is GRANTED and the appeal is DISMISSED WITH PREJUDICE. Pursuant to the agreement of the parties, costs will be taxed against the party incurring same. *See id.* R. 42.1(d). Having dismissed the appeal at parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
17th day of September, 2017.

2